IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM HUTCHISON,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3354

Opinion filed February 10, 2017.

An appeal from an order of the Circuit Court for Clay County.
Don H. Lester, Judge.

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     We affirm appellant's conviction and sentence in this Anders[1] appeal but remand for correction of the written judgment to reflect that his conviction for manslaughter with a weapon was reclassified to a first-degree felony due to his use

_____

[1] Anders v. California, 386 U.S. 738 (1967).

of a knife, pursuant to section 775.087(1), Florida Statutes (2014), as charged in the information.  See Stafford v. State, 584 So. 2d 138 (Fla. 1st DCA 1991); Jones v. State, 164 So. 3d 1249 (Fla. 1st DCA 2015) (citing Washington v. State, 37 So. 3d 376 (Fla. 1st DCA 2010)).

AFFIRMED and REMANDED.

WOLF, LEWIS, and WETHERELL, JJ., CONCUR.